26 cr 158 DWF/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) LUCAS ARTHUR PARTLOW, and<br><br>(2) NYOUNKPAO KYNE,<br><br>Defendants. | **INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(False Statement During Purchase of a Firearm)

On or about June 3, 2024, in the District of Minnesota, the defendants,

**LUCAS ARTHUR PARTLOW,**
and
**NYOUNKPAO KYNE,**

aiding and abetting each other, in connection with the acquisition of one or more of the following firearms:

| |
|---|
| A Glock model 43X 9-millimeter semiautomatic pistol bearing serial number CAUP991; |
| A Glock model 43 9-millimeter semiautomatic pistol bearing serial number ACBX202; |

from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the licensed dealer, which statement was intended and likely to deceive the dealer,

SCANNED
SEP 10 2026
U.S. DISTRICT COURT MPLS

as to a fact material to the lawfulness of such sale of the said firearm to the defendants under chapter 44 of Title 18, in that the defendant **LUCAS ARTHUR PARTLOW** represented that he was the actual transferee/buyer of one or more of the said firearms; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATIONS**

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1 of the Indictment, the defendants,

**LUCAS ARTHUR PARTLOW**,
and
**NYOUNKPAO KYNE**,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories or ammunition involved in or used with the commission of the violation, including but not limited to:

1. a Glock model 43X 9-millimeter semiautomatic pistol bearing serial number CAUP991;

2. a Glock model 43 9-millimeter semiautomatic pistol bearing serial number ACBX202

3. any ammunition, magazines, and accessories seized therewith.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON